IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KEITH DRINKARD | ) |
| | ) |
| v. | ) NO. 3:04-0605 |
| | ) JUDGE CAMPBELL |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, INC., et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 56), dated August 10, 2005, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 56) is ADOPTED and APPROVED. Accordingly, because of the death of the Plaintiff and because no Motion for Substitution has been filed, this action is DISMISSED, pursuant to Fed. R. Civ. P. 25(a)(1).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE